

# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

PAT QUINN
Governor

BRENT E. ADAMS
Secretary

DONALD W. SEASOCK
Acting Director
Division of Professional Regulation

### C E R T I F I C A T I O N

December 16, 2010

Edelman, Combs, Latturner & Goodwin, LLC
Attn: Daniel A. Edelman
120 S LaSalle St 18th Flr
Chicago IL 60603-3403

To Whom It May Concern:

I, Donald W. Seasock, Acting Director, do hereby certify that I have been designated by the Secretary as keeper of the records and seal of the Department of Financial and Professional Regulation, Division of Professional Regulation, a department of the government of the State of Illinois, and that a standard search of the available records of this office indicates the following:

This is to certify that Riverwalk Holdings does not now hold nor has ever held a license under the Collection Agency Act.

Department records were searched based upon the exact name and profession, as provided. Any variation in the name or profession may produce different results.

The information above is the only certification information provided by this Department. If other information is needed, it must be obtained from the above-named individual or the agency or institution which initially generated the information. To expedite the certification process, the above format is the standard format prepared for all professions regulated by this Department.



Donald W. Seasock, Acting Director
Division of Professional Regulation



EXHIBIT
3

www.idfpr.com

(312) 814-3000 • TTY: (800) 964-3013 • Fax: (312) 814-3806